IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH VILLALOBOS,

    Plaintiff,

v.

EZCORP, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-852-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant EZCorp, Inc. granting its motion to compel arbitration and dismissing this case.

_____      7/15/13
Peter Oppeneer, Clerk of Court            Date